01
02
03
04
05

06                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08   UNITED STATES OF AMERICA,            )
                                          )   CASE NO. MJ 13-506
09            Plaintiff,                   )
                                          )
10        v.                               )
                                          )   DETENTION ORDER
11   GODFREY CHAMBERS,                     )
                                          )
12            Defendant.                   )
     _____      )

13

14   Offense charged:        Assault of a Federal Officer

15   Date of Detention Hearing:    November 19, 2013.

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18   that no condition or combination of conditions which defendant can meet will reasonably

19   assure the appearance of defendant as required and the safety of other persons and the

20   community.

21            FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        1.        Defendant is charged by Complaint with assaulting a Deputy United States

DETENTION ORDER
PAGE -1

01 Marshall engaged in the performance of official duties.

02       2.     Defendant was only partially interviewed by Pretrial Services. He has a

03 lengthy criminal record and multiple failures to appear with bench warrant activity. His record

04 includes violations of court supervision.

05       3.     Defendant does not contest detention.

06       4.     Defendant poses a risk of nonappearance due to a history of failing to appear and

07 lack of verified background information. He poses a risk of danger due to the nature of the

08 instant offense and criminal history.

09       5.     There does not appear to be any condition or combination of conditions that will

10 reasonably assure the defendant's appearance at future Court hearings while addressing the

11 danger to other persons or the community.

12 It is therefore ORDERED:

13    1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

14       General for confinement in a correction facility separate, to the extent practicable, from

15       persons awaiting or serving sentences or being held in custody pending appeal;

16    2.  Defendant shall be afforded reasonable opportunity for private consultation with

17       counsel;

18    3.  On order of the United States or on request of an attorney for the Government, the

19       person in charge of the corrections facility in which defendant is confined shall deliver

20       the defendant to a United States Marshal for the purpose of an appearance in connection

21       with a court proceeding; and

22    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

DETENTION ORDER
PAGE -2

01    for the defendant, to the United States Marshal, and to the United State Pretrial Services

02    Officer.

03    DATED this <u>19th</u> day of November, 2013.

04

05                                               _____

06                                             Mary Alice Theiler
                                             Chief United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3